**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MYSTIC TRANSPORTATION, LTD., | CASE NO.   20-20531 (JJT) |
| DEBTOR. | |

_____

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> George M. Purtill
> Subchapter V Trustee
> 19 Water Street, P. O. Box 50
> South Glastonbury, CT 06073
> george.m.purtill@snet.net
> Office: (860)659-0569
> Cell:    (860)918-5442

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Respectfully submitted,

Date:   April 10, 2020

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By:   */s/ Kim L. McCabe*
Kim L. McCabe/ct 23661
Assistant United States Trustee
150 Court Street, Room 302
New Haven, Connecticut 06510
Telephone: 203.773.2210, Ext. 233
Facsimile: 203.773.2217
E-mail: Kim.McCabe@usdoj.gov