# United States Bankruptcy Court

## District of Connecticut

In re:

Mystic Transportation, LTD

Debtor*

Case Number: 20-20531

Chapter:     11

## ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE IN CHAPTER 11 SUBCHAPTER V CASE

Mystic Transportation, LTD (the "Debtor"), filed a voluntary petition under Chapter 11 of the Bankruptcy Code on April 10, 2020. In response to Question 13 on the voluntary petition, Official Form 101, the Debtor has chosen to proceed under Subchapter V of Chapter 11 as a Small Business Debtor. Pursuant to 11 U.S.C. §§ 1188(a) and (c), it is hereby

**ORDERED**: A Telephonic Status conference will be held before the undersigned Bankruptcy Judge on May 14, 2020 at 2:00 PM. No later than 3 business days prior to May 7, 2020, the parties are directed to send an email to the Courtroom Deputy at CourtroomDeputy_Hartford@ctb.uscourts.gov to obtain the dial-in information and instructions for the Telephonic Status Conference; and it is further

**ORDERED**: Not later than 14 days before the date of the Status Conference, the Debtor shall file with the Court and serve on the Trustee and all parties in interest a report that details the efforts the Debtor has undertaken and will undertake to attain a consensual Plan of Reorganization, including whether the Debtor will solicit ballots or employ another manner of establishing consent; and it is further

**ORDERED**: The Debtor, or an authorized representative of the Debtor (knowledgeable on the matters described below), counsel for the Debtor, and the Trustee shall be present at the Status Conference and shall be prepared to discuss at the Court's discretion, as applicable:

1. The nature of the Debtor's business and the reason(s) for the Chapter 11 Subchapter V filing;
2. The Debtor's current financial condition, including post-petition operations and revenue;
3. Debtor-in-possession financing;
4. The use of cash collateral;
5. The Debtor's corporate structure, including subsidiaries and affiliates (specifying the names and positions of the Debtor's officers, directors or managing members);
6. Any significant motions which the Debtor anticipates bringing before the Court including, but not limited to, sale motions;
7. Matters related to the filing, allowance, and treatment of secured, administrative, priority, and unsecured claims;
8. Matters relating to the retention of professionals;
9. The status of any material litigation involving the Debtor;
10. The status of the Debtor's insurance;
11. The use of alternative dispute resolution, if appropriate;
12. Any other case administrative matters; and it is further

**ORDERED**: The unexcused failure to attend any Status Conference may result in sanctions being imposed and may constitute cause for conversion of this case to Chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**: The Clerk of Court shall give notice of this Order to the Debtor, its counsel, the Trustee, the United States Trustee, and all creditors and parties in interest.

Dated: April 13, 2020

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.