**Fill in this information to identify the case:**

Debtor name **Mystic Transportation, LTD**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known) **20-20531**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **People's United Bank** | **Checking** | 2752 | $9,859.65 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$9,859.65

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

| 11a. 90 days old or less: | **1,040.21** | - | 0.00 | = .... | $1,040.21 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Mystic Transportation, LTD** | | Case number *(If known)* **20-20531** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 15,094.22 | 0.00 | $15,094.22 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 590.00 | 0.00 | $590.00 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 16,220.14 | 0.00 | $16,220.14 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 1,282.62 | 0.00 | $1,282.62 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 12,269.94 | 0.00 | $12,269.94 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 64,819.74 | 0.00 | $64,819.74 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 1,250.00 | 0.00 | $1,250.00 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 1,784.35 | 0.00 | $1,784.35 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 225.00 | 0.00 | $225.00 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 530.03 | 0.00 | $530.03 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 20,308.94 | 0.00 | $20,308.94 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 957.50 | 0.00 | $957.50 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 1,350.00 | 0.00 | $1,350.00 |
| | face amount | - doubtful or uncollectible accounts | = .... |
| 11a. 90 days old or less: | 125.00 | 0.00 | $125.00 |
| | face amount | - doubtful or uncollectible accounts | = .... |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Mystic Transportation, LTD** | Case number *(If known)* 20-20531 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 450.00 | - | 0.00 = .... | $450.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 1,275.00 | - | 0.00 = .... | $1,275.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 13,047.92 | - | 0.00 = .... | $13,047.92 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 5,317.09 | - | 0.00 = .... | $5,317.09 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 2,645.09 | - | 0.00 = .... | $2,645.09 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 1,460.13 | - | 0.00 = .... | $1,460.13 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 790.00 | - | 0.00 = .... | $790.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 1,670.00 | - | 0.00 = .... | $1,670.00 |
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**
          Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    | $164,502.92 |

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Mystic Transportation, LTD**
_____    Case number (If known) 20-20531
          Name

<table>
<tr><td colspan="4">**Part 7:**    Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture | $0.00 | | $11,646.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | $11,646.00 |
|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td colspan="4">**Part 8:**    Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | 2016 Freightliner M2106, VIN 1FVACWDTXGHHG9431 | $0.00 | Quote/retailer | $7,500.00 |
| 47.2. | 2016 Freightliner 1CA125DC EVO, VIN 3ALKGED5XGDGY1767 | $0.00 | Quote/retailer | $45,000.00 |
| 47.3. | 2019 Freightliner M2106, VIN 3AKJHLFG8KSKS1959 | $0.00 | Quote/retailer | $71,000.00 |
| 47.4. | 2017 Hyundai Trailer, VIN 3H3V532C0HT450068 | $0.00 | Quote/retailer | $12,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Mystic Transportation, LTD**                                    Case number *(if known)* **20-20531**
          Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **2007 Hyundai Trailer, VIN**<br>**3H3V532C97T059015** | $0.00 | Quote/retailer | $2,500.00 |
| 47.6. | **2013 Fontaine Trailer, VIN**<br>**13N248201D1562316** | $0.00 | Quote/retailer | $9,000.00 |
| 47.7. | **2014 Hyundai Trailer** | $0.00 | Quote/retailer | $0.00 |
| 47.8. | **2015 Dodge RAM Promaster 2, VIN**<br>**3C6TRVDG9FE501788** | $0.00 | Quote/retailer | $1,500.00 |
| 47.9. | **2019 Ford T-150 Econoline, VIN**<br>**1FTYE1YM1KKA45604** | $0.00 | Quote/retailer | $11,314.00 |
| 47.10. | **2016 Hyundai Trailer** | $0.00 | Quote/retailer | $0.00 |
| 47.11. | **2020 Freightliner M2 106, VIN**<br>**3ALACXD23LDLX6580** | $0.00 | Quote/retailer | $74,500.00 |
| 47.12. | **2007 53 ' Hyundai Trailer, VIN**<br>**3H3V532C67T059022** | $0.00 | Quote/retailer | $2,500.00 |
| 47.13. | **2015 Freighliner M2106,VIN**<br>**1FVACWDT2FHGS1163 (totaled)** | $0.00 | Quote/retailer | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

51.    **Total of Part 8.**
                                                                                    | $236,814.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**
       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Mystic Transportation, LTD**
Name

Case number *(If known)*  **20-20531**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Cove Real Estate, LLC** | **Lease** | **$0.00** | | **$0.00** |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

Current value of debtor's interest

**71.**   **Notes receivable**
Description (include name of obligor)
**Contributory negligence and other claims aginast potential personal injury plaintiffs and others for incidents in Connecicut and Rhode Island in calendar year 2019. Unliquidated.**

|  |  |  |
|---|---|---|
| 0.00   - | 0.00   = | |
| Total face amount | doubtful or uncollectible amount | |

**$0.00**

**72.**   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 6

Debtor      **Mystic Transportation, LTD**
_____
            Name

Case number *(If known)*  **20-20531**
_____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Mystic Transportation, LTD**
Name

Case number *(If known)* **20-20531**

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,859.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $164,502.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,646.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $236,814.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $422,822.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $422,822.57 |

**Fill in this information to identify the case:**

Debtor name **Mystic Transportation, LTD**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known) **20-20531**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Ally Financial Inc.**
Creditor's Name
**Att: President or CEO**
**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2019 Ford T-150 Econoline, VIN 1FTYE1YM1KKA45604**

| | **$24,484.92** | **$11,314.00** |
|---|---|---|

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**   **Bank Capital Services**
Creditor's Name
**Attn: President/Partner**
**1853 Hwy 315**
**Pittston, PA 18640**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 Hyundai Trailer, VIN 3H3V532C0HT450068**

| | $10,073.14 | $12,000.00 |
|---|---|---|

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Mystic Transportation, LTD**

Name

Case number (if known) **20-20531**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. **Bank Capital Services**
2. **Bank Capital Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank Capital Services** | Describe debtor's property that is subject to a lien | $13,849.14 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Partner
1853 Hwy 315
Pittston, PA 18640**

Creditor's mailing address

**2017 Hyundai Trailer, VIN
3H3V532C0HT450068**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $27,034.40 | $7,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  President/Partner
PO Box 5260
Carol Stream, IL 60197**

Creditor's mailing address

**2016 Freightliner M2106, VIN
1FVACWDTXGHHG9431**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $73,110.44 | $74,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  President/Partner
PO Box 5260
Carol Stream, IL 60197**

Creditor's mailing address

**2020 Freightliner  M2 106, VIN
3ALACXD23LDLX6580**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Mystic Transportation, LTD**
Name

Case number (if known)    **20-20531**

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $48,319.53 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  President/Partner**
**PO Box 5260**
**Carol Stream, IL 60197**

**2016 Freightliner 1CA125DC EVO, VIN 3ALKGED5XGDGY1767**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $75,282.70 | $71,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn:  President/Partner**
**PO Box 5260**
**Carol Stream, IL 60197**

**2019 Freightliner M2106, VIN 3AKJHLFG8KSKS1959**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $13,083.32 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Mystic Transportation, LTD**                    Case number (if known)    **20-20531**
_____
Name

| Creditor's Name<br>**Attn:  President/Partner**<br>**PO Box 5260**<br>**Carol Stream, IL 60197**<br>Creditor's mailing address | **2015 Freighliner M2106,VIN**<br>**1FVACWDT2FHGS1163 (totaled)** |
|---|---|
| | **Describe the lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an**<br>**interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $285,237.59 |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Mystic Transportation, LTD**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known): **20-20531**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Commissioner of Taxation/Finan Bankruptcy Section PO Box 12205 Albany, NY 12205** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **Department of Revenue Services Att: Revenue Agent C&E Division/Bankruptcy Sectio 450 Columbus Boulevard Hartford, CT 06103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    49506                    Best Case Bankruptcy

Debtor   **Mystic Transportation, LTD**                                Case number (if known)   **20-20531**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Att: Revenue Agent**
**135 High Street**
**Mail Stop 155**
**Hartford, CT 06103**

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|

**Tax Collector, Stonington**
**Attn: Revenue Officer**
**152 Elm Street**
**Stonington, CT 06378**

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)
                                                   ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

                                                                          Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|

**AAA**
**Attn: President/CEO**
**P.O. Box 15019**
**Wilmington, DE 19850-5090**

Date(s) debt was incurred __                   Basis for the claim:  **Business Debt**

Last 4 digits of account number __             Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $476.92 |
|---|---|---|---|

**Bank Capital Services**
**Attn: President/Partner**
**1853 Hwy 315**
**Pittston, PA 18640**

Date(s) debt was incurred __                   Basis for the claim:  **Business Debt**

Last 4 digits of account number __             Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,266.07 |
|---|---|---|---|

**Bank of America**
**Att: Pres. or Other Officer**
**100 North Tryon Street**
**Charlotte, NC 28255**

Date(s) debt was incurred __                   Basis for the claim:  **Business Debt**

Last 4 digits of account number __             Is the claim subject to offset? ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Mystic Transportation, LTD** | | Case number (if known) | **20-20531** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $1.00 |
|---|---|---|---|---|---|

**Cathy Lafond**
**c/o Michael Kiselica**
**10 Dorrance Street**
**Providence, RI 02903**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **The extent to which the recovery of the claimant might exceed available  insurance coverage cannot be known at this time.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $481.23 |
|---|---|---|---|---|---|

**Comcast**
**Att:  Pres. or Other Officer**
**P.O. Box 6505**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $3,006.41 |
|---|---|---|---|---|---|

**Commissioner of Revenue Servic**
**450 Columbus Boulevard**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $2,168.95 |
|---|---|---|---|---|---|

**ConnectiCare Inc.**
**Att:  Pres. or Other Officer**
**175 Scott Swamp Road**
**P.O. Box 4050**
**Farmington, CT 06032-3342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $80.00 |
|---|---|---|---|---|---|

**Department of Motor Vehicles**
**Attn: President/Partner**
**17 Boston Post Rd.**
**Waterford, CT 06385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |
|---|---|---|---|---|---|

**Department of Revenue Services**
**Att:  Revenue Agent**
**C&E Division/Bankruptcy Sectio**
**450 Columbus Boulevard**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |
|---|---|---|---|---|---|

**Dept. of Environmental Protect**
**Attn: Commissioner**
**79 Elm Street**
**Hartford, CT 06106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mystic Transportation, LTD** | | Case number (if known) | **20-20531** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,474.97 |
|---|---|---|---|

**Diesel Direct, Inc.**
**Attn: President/Partner**
**74 Maple Street**
**Stoughton, MA 02072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,334.00 |
|---|---|---|---|

**Easter Seals**
**Attn:  President/Partner**
**24 Scott Ave.**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Estate of Ryan Ferris**
**822 Mount Pleasant Road**
**Harrisville, RI 02830**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **The extent to which the recovery of the claimant might exceed available  insurance coverage cannot be known at this time.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Eversource**
**Attn:  President/CEO**
**PO Box 56002**
**Boston, MA 02205-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Frank Piccone**
**c/o Donald Leone, Esq.**
**Chinigo, Leone & Maruzo**
**141 Broadway**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **The extent to which the recovery of the claimant might exceed available  insurance coverage cannot be known at this time.**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.19 |
|---|---|---|---|

**Hale Trailer**
**Attn: President/Partner**
**222 Cadwell Drive**
**Springfield, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **Mystic Transportation, LTD**

Name

Case number (if known)    **20-20531**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Att:  Revenue Officer**
**135 High Street**
**Mail Stop 155**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Manuel H. Pereira**
**176 Sterling Avenue**
**Providence, RI 02909**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **The extent to which the recovery of the claimant might exceed available insurance coverage cannot be known at this time.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,230.00 |
|---|---|---|---|

**Penske Truck Leasing Co. LP**
**Att:  General Partner**
**P.O. Box 563**
**Reading, PA 19603-0563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shannon E. Salome**
**291 St. Paul Street**
**North Smithfield, RI 02896**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **The extent to which the recovery of the claimant might exceed available insurance coverage cannot be known at this time.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Silvestre Pereira**
**38 Rhode Island Avenue**
**Pawtucket, RI 02860**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **The extent to which the recovery of the claimant might exceed available  insurance coverage cannot be known at this time.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.33 |
|---|---|---|---|

**Spicer Adanced Gas**
**Attn:  President/Partner**
**183 East Haddam Rd.**
**Salem, CT 06420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 5 of 7

| Debtor | **Mystic Transportation, LTD** | Case number (if known) | **20-20531** |
|---|---|---|---|
| | Name | | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of Connecticut**
**Department of Labor**
**Employment Security Division**
**200 Folly Brook Blvd**
**Wethersfield, CT 06109-1114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tax Collector, Stonington**
**Attn:  Revenue Officer**
**152 Elm Street**
**Stonington, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.67 |
|---|---|---|---|

**UPS**
**Attn:  President/Partner**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.91 |
|---|---|---|---|

**VerizonWireless**
**Att:  Pres. or Other Officer**
**Bankruptcy Correspondence Unit**
**500 Technology Drive Ste 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wequetequock First District**
**Attn:  Billing Dept.**
**6 Farmhouse Rd.**
**Stonington, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Caslowitz , Esq.**<br>**Rappoport Degiovanni**<br>**989 Waterman Avenue**<br>**East Providence, RI 02914** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Nicolas Gorham, Esq.**<br>**25 Danielson Pike**<br>**P.O. Box 46**<br>**North Scituate, RI 02857** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

Debtor  **Mystic Transportation, LTD**
        Name                                          Case number (if known)  **20-20531**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 20,162.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 20,162.65 |

**Fill in this information to identify the case:**

Debtor name     **Mystic Transportation, LTD**

United States Bankruptcy Court for the:    **DISTRICT OF CONNECTICUT**

Case number (if known)    **20-20531**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Acadia Insurance Company Attn:  President/Partner 500 Enterprise Drive, Ste 1A Rocky Hill, CT 06067 |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Anthem Blue Cross  Blue Shield Att:  Pres. or Other Officer P.O. Box 6112 Indianapolis, IN 46206-6112 |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Month to month 764 New London Turnpike, Mystic |
| | State the term remaining | |
| | List the contract number of any government contract | Cove Real Estate 96 Rowley Drive Stonington, CT 06378 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Trailer leases |
| | State the term remaining | |
| | List the contract number of any government contract | Dewal Industries A Div. of Rogers Corp. Attn; President/Partenrs 15 Ray Trainor Drive Narragansett, RI 02882 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Mystic Transportation, LTD**
First Name        Middle Name                Last Name

Case number (*if known*)   **20-20531**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse space** | |
| | State the term remaining | **Month to month** | **Easter Seals**<br>**Attn:  President/Partner**<br>**24 Stott Ave.**<br>**Norwich, CT 06360** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Main Street America Group**<br>**Attn: President/Partner**<br>**55 West Street**<br>**Keene, NH 03431** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | **Midland National Life Insuranc**<br>**Attn: President/Partner**<br>**1 Sammons Plaza**<br>**Sioux Falls, SD 57193** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Freighliner Box Truck lease service agreement** | |
| | State the term remaining | **Term total 36 months** | **Penske Truck Leasing Co. LP**<br>**Att:  General Partner**<br>**P.O. Box 563**<br>**Reading, PA 19603-0563** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2016 28' Freightliner M2106 Stakebody** | |
| | State the term remaining | **Term total 84 months** | **Penske Truck Leasing Co. LP**<br>**Att:  General Partner**<br>**P.O. Box 563**<br>**Reading, PA 19603-0563** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Freighliner M2106SADC DRYVAN** | |
| | State the term remaining | **Total lease term 84 months** | **Penske Truck Leasing Co. LP**<br>**Att:  General Partner**<br>**P.O. Box 563**<br>**Reading, PA 19603-0563** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Mystic Transportation, LTD**
      First Name      Middle Name      Last Name

Case number *(if known)*  **20-20531**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |
|---|---|---|
| government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Freighliner M2 106, service agreement** | |
| | State the term remaining | **Total lease term 84 months** | **Penske Truck Leasing Co. LP**<br>**Att:  General Partner**<br>**P.O. Box 563**<br>**Reading, PA 19603-0563** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mystic Transportation, LTD**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **20-20531**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

_Column 1:_ **Codebtor**

_Column 2:_ **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Michael Williams | 199 Gifford Lane Bozrah, CT 06334 | Estate of Ryan Ferris | ☐ D _____ ■ E/F _3.13_ ☐ G _____ |
| 2.2 | Michael Williams | 199 Gifford Lane Bozrah, CT 06334 | Cathy Lafond | ☐ D _____ ■ E/F _3.4_ ☐ G _____ |
| 2.3 | Michael Williams | 199 Gifford Lane Bozrah, CT 06334 | Shannon E. Salome | ☐ D _____ ■ E/F _3.20_ ☐ G _____ |
| 2.4 | Michael Williams | 199 Gifford Lane Bozrah, CT 06334 | Manuel H. Pereira | ☐ D _____ ■ E/F _3.18_ ☐ G _____ |
| 2.5 | Michael Williams | 199 Gifford Lane Bozrah, CT 06334 | Silvestre Pereira | ☐ D _____ ■ E/F _3.21_ ☐ G _____ |